UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IGANCIO COBOS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. KILLIAN,<br><br>　　　　　Defendant. | NO.  CV-09-5009-LRS<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS |

　　By Order filed March 23, 2009, the court denied Mr. Cobos's application to proceed *in forma pauperis* and directed him to pay the $350.00 filing fee within 20 days.  Numerous attempts were made to mail a copy of that Order to Mr. Cobos and the deadline for payment of the filing fee was administratively extended until May 11, 2009.  In the interim Plaintiff filed an appeal.  Mr. Cobos did not pay the filing fee as directed.  Accordingly, **IT IS ORDERED** this action is dismissed for failure to comply with 28 U.S.C. § 1914.

　　**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, enter judgment of dismissal, forward copies to Plaintiff, and close the file.

　　**DATED** this＿＿＿＿18TH＿＿day of May, 2009.

　　　　　　　　　　　　　　　　　　　　**s/Lonny R. Suko**
　　　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　LONNY R. SUKO
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION -- 1