AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

PLAINTIFF,

Ignacio Cobos

v.

JUDGMENT IN A CIVIL CASE

Defendant,

CASE NUMBER: 09-CV-5009-LRS

Michael J. Killian

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED this action is dismissed for failure to comply with 28 U.S.C. § 1914.

May 18, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson